IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MATTHEW J. LANDSTEINER,<br><br>    Plaintiff,<br><br>vs.<br><br>MERRITT EQUIPMENT CO., an Oregon Corporation;<br><br>    Defendant. | 4:15CV3015<br><br>**ORDER** |

IT IS ORDERED:

The motion to permit Mark A. Fahleson, Tara Tesmer Paulson and Rembolt Ludtke law firm to withdraw as counsel on behalf of Defendant Merritt Equipment Co., (filing no. 12), is granted.

March 31, 2015.

            BY THE COURT:

            *s/ Cheryl R. Zwart*
            United States Magistrate Judge